JANE TEETER, Respondent, *v.* ANDREW TEETER et al., Appellants.

(Argued April 11, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 13, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*D. C. Bouton* for appellants.

*M. N. Tompkins* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.